# ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[ ] Santa Rita Jail  [x] Glenn E. Dyer Detention Facility

[ ] ADA RELATED

NAME: Ryan Balletto  PFN: ULW501  DATE: 11-23-15  HU/FLOOR: A/1

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* DATE GRIEVANCE OCCURRED: 10/7

**CV-15 5619 LB (PR)**

**Grievance Details:**

October 7th approximately 2:10pm I asked deputy R. Aaron to take legal mail. He acknowledged my request. Deputy Aaron took the letter out of the envelope, checked visually for contraband and when he found none gave the letter and envelope back through my tray slot. I sealed the envelope which was marked legal mail on the front, left of the stamp. Also the back was marked legal mail and below that confidential. I gave the sealed legal mail back to deputy Aaron and through the window visually saw him sign and date the envelope on the vertical column to the left of my door. This legal mail I was informed at a later contact visit on approximately October 25th with my attorney Jim Thompson never arrived. A rash of hearsay pertaining to my case which I believe may be a result of this missing legal mail, started when classifications moved an inmate to my pod from B pod on 11/12. This happened shortly after I saw classifications deputy Rosas dressed in gray enter the pod. Before 24 hours passed this inmate who was placed in cell 9 was taken by the marshalls. The inmate was placed next to Andrew Cervantes who was in cell 10. On 11/15 at approx. 0430 I hear Mr. Cervantes tell deputy Rosas he has a story about me. Deputy Rosas instructs Mr. Cervantes "Okay we'll push it around." And on 11/15 he is moved to D pod.

INMATE SIGNATURE: Ryan Balletto

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPPA rights. If you disagree with this, you must indicate so in your grievance.*

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

---

RECEIVED DEC 03 2015

Received by Deputy: K Jones  Badge# 228  Date: 11/24/15

[ ] Resolved at Deputy Level  Inmate Acceptance (*Signature*) _____

[x] Cannot be resolved at Deputy Level  Grievance Tracking Number: 15-1784

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

ML-51 (rev 10/14)

11/28/15

Happy Thanksgiving and Merry Christmas sir. I just wanted to send you my hand copy of this in case I get the Admin shuffle. I sent a written copy to my attorney Jim Thomson also. I hope you have a happy New Year.

                Ryan Balletto    *Ryan Balletto*

RECEIVED DEC 03 2015



Ryan Balletto (AL W&A)
550 6th Street   CA 945   30 NOV '15
Oakland, CA 94607   FM 3L

Legal Mail

ALAMEDA COUNTY JAIL MAIL

RECEIVED
DEC 2 - 2015
U. ...BATION OFFICE
NORTHERN DIST CALIF
SAN FRANCISCO

The Honorable Charles R. Breyer
450 Golden Gate Ave., 17th Floor
San Francisco, CA 94102

X NVONT Legal Mail #21847
Confidential
11/27/15

RECEIVED DEC 03 2015

SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2012

