1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
2 | Name: __Balletto_____Ryan_____A.____
  |         (Last)              (First)           (Middle Initial)
3 |
4 | Prisoner Number: __ULW 801_____
5 | Institutional Address: __550 6th Street__
6 | __Oakland, CA 94607__

**FILED**

JAN 14 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__Ryan Alan Balletto__
(Enter your full name.)

vs.

_____
_____
_____
(Enter the full name(s) of the defendant(s) in this action.)

Case No. __CV 15 5619 LB (PR)__
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __Glen Dyer Jail__

B. Is there a grievance procedure in this institution? YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? YES ☒   NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

  1. Informal appeal: __Grievance # 15-1784   Nov 24, 2015__

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: Response: 12-9-2015 Legal Mail returned to facility by USPS and sent to housing unit to be returned. Was Not.

3. Second formal level: Message request to mail room 12-28-2015 asking where legal mail is?

4. Third formal level: Message request response: I don't have any mail for you at this time.

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ☒   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Ryan Balletto
550 6th Street
Oakland CA 94607

B. For each defendant, provide full name, official position and place of employment.

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

10-7-2015 I sent legal mail to my attorney Jim Thomson in Berkeley, CA. Later I learned it did not arrive. I filed a grievance to obtain information about the legal mails whereabouts that was received 1-24-2015. The response was that USPS returned the legal mail and it was sent to housing unit to be returned. I never received it.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I want my legal mail NOT to be tampered with and intercepted. I want the missing legal mail returned to me.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 12-7-16         [signature]
                Date              Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON, DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

ALAMEDA COUNTY JAIL MAIL

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

01/11/16 A. FABER #D60