UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ryan A. Ballotto, Plaintiff,

vs.

Defendant.

CASE NO. CV 15 5619 LB (PR)

FILED 2016 JAN 14 P 3:26
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Ryan Ballotto, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees and costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

1. Are you presently employed? YES ☐ NO ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer (name and address): _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.) 2007 Welding and fabricating at Cal Steam in Santa Rosa, CA. Gross about $2000 a month net about $500

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, profession or self employment?    YES ☐    NO ☒

   b. Income from stocks, bonds or royalties?    YES ☐    NO ☒

   c. Rent payments?    YES ☐    NO ☒

   d. Pensions, annuities or life insurance payments?    YES ☐    NO ☒

   e. Federal or state welfare payments, Social Security or other government source?    YES ☐    NO ☒

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____
_____
_____

3. Are you married?    YES ☐    NO ☒

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support: $ _____

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do <u>not</u> include their names.)

_____
_____

5. Do you own or are you buying a home?    YES ☐    NO ☒

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    YES ☐    NO ☒

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total Due: $ _____

Monthly Payment: $ _____

2

7. Do you have a bank account? YES ☐ NO ☒

Name(s) and address(es) of bank (do <u>not</u> include account numbers): _____

_____

Present balance(s): $ _____

Do you own any cash? YES ☐ NO ☒ Amount: $ _____

Do you have any other assets? YES ☐ NO ☒

If "yes," provide a description of each asset and its estimated market value.

_____

8. What are your monthly expenses?

Rent: $ _____N/A_____ Utilities: _____N/A_____

Food: $ _____ Clothing: _____

9. Do you have any charge accounts/credit cards? YES ☐ NO ☒

If yes, list them below. (Do <u>not</u> include account numbers.)

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

10. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____No_____

_____

11. Does the complaint you are seeking to file raise claims that have been presented in other lawsuits?

YES ☐ NO ☒

If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

3

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| | |
|---|---|
| 1-7-2016 | Ryan Bullets |
| DATE | SIGNATURE OF APPLICANT |

Case Number: **CV 15 5619**

LB (PR)

# CERTIFICATE OF FUNDS
# IN PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Ryan Ballen___ for the last six months at
(Prisoner's Name)
___Glen Dyer___, where (s)he is confined.
(Name of Institution)

I further certify that the average deposits each month to this prisoner's account for the most recent six-month period were $ __20.00__ and the average balance in the prisoner's account each month for the most recent six-month period was $__20.00__.

Date: __01|11|16__     Officer Name: __A. Fraser__

Signature: _____
*Authorized Officer of the Institution*