UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In Re.<br><br>RYAN ALAN BALLETTO,<br><br>Plaintiff. | Case No. 15-cv-05619-LB<br><br>**ORDER OF DISMISSAL**<br>[Re: ECF Nos. 6, 7 ] |

Ryan Alan Balletto, an inmate at the Glen Dyer Jail in Oakland, filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. The court reviewed his complaint under 28 U.S.C. § 1915A, determined that Mr. Balletto's complaint failed to state a claim upon which relief may be granted, and dismissed it with leave to file an amended complaint by February 29, 2016 curing the several deficiencies identified in the order of dismissal with leave to amend. (ECF No. 8.) The court also determined that Mr. Balletto's *in forma pauperis* application was deficient, and required him to file a certified copy of his inmate trust account statement no later than February 29, 2016. (*Id.*) Mr. Balletto did not file an amended complaint or the trust account statement necessary to complete his *in forma pauperis* application, and the deadline by which to do so has passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted.

1  The *in forma pauperis* application is DENIED because it is incomplete. (ECF No. 7.) The clerk
2  shall close the file.
3  **IT IS SO ORDERED.**
4  Dated: March 9, 2016

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BALLETTO,

        Plaintiff,

  v.

,

        Defendant.

Case No.  15-cv-05619-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 9, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ryan  Balletto ID: ULW801
550 6th Street
Oakland, CA 94607

Dated: March 9, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Angella Meuleman, Deputy Clerk to the
Honorable LAUREL BEELER

3